1  **SEDGWICK LLP**
   WAYNE A. WOLFF, State Bar No. 161351
2  *wayne.wolff@sedgwicklaw.com*
   333 Bush Street, 30th Floor
3  San Francisco, CA 94104-2834
   Telephone: 415.781.7900
4  Facsimile: 415.781.2635

5  Attorneys for Defendants STRYKER
   CORPORATION and STRYKER SALES
6  CORPORATION

7

## UNITED STATES DISTRICT COURT

8

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

9

10

| | |
|---|---|
| PAMELA WEEDMAN AND HENRY GIBBS,<br><br>PLAINTIFFS,<br><br>v.<br><br>STRYKER CORPORATION, a Michigan Corporation, STRYKER SALES CORPORATION, a Michigan Corporation, ROE Corporations 1 through 10, and DOES 1 through 50, inclusive,<br><br>DEFENDANT. | Case No. 2:16-cv-00936-MCE-GGH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER THEREON** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties to this action, through their counsel of record, that they are authorized to enter into this stipulation and that pursuant to the provisions of Federal Rule of Civil Procedure 41, the above-captioned case be dismissed "with prejudice" in its entirety. Each party will bear its own costs of this action.

DATED: July 18, 2016                    SMITH ZITANO LAW FIRM, LLP

By: ____*/s/ David Smith (as authorized on 7/18/16)*____
David Smith, Esq.
Attorneys for Plaintiffs
PAMELA WEEDMAN and HENRY GIBBS

1  DATED: July 18, 2016    SEDGWICK LLP

3     By:   /s/ *Wayne A. Wolff*
        Wayne A. Wolff
4       Attorneys for Defendants STRYKER
        CORPORATION and STRYKER SALES
5       CORPORATION

### FILER'S ATTESTATION

Pursuant to Civil Local Rule No. 131(e), I hereby attest that I, Wayne A. Wolff, received the concurrence the parties on July 18, 2016, in the filing of this document.

/s/ *Wayne A. Wolff*

### ORDER

In accordance with the foregoing stipulation, and good cause appearing, the above-captioned action by Plaintiffs Pamela Weedman and Henry Gibbs is hereby dismissed in its entirety with prejudice. Each party will bear its own costs of this action. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: July 29, 2016

[signature]
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE